**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:  Christine Hernandez, also known as Christine Michelle Staggs and also known as Christine Staggs v. ASA Jacky Ray Adams, Jr. as Independent Executor of the Estate of ASA Jacky Ray Adams, SR., deceased

Appellate case number:  01-19-00743-CV

Trial court case number:  96825-CV

Trial court:  239th District Court of Brazoria County

Appellant has filed a motion to "Expand the Record and Scope of Appeal." The motion, however, appears unnecessary because a supplemental record has been filed and appellant has filed an amended notice of appeal. To the extent that appellant is requesting that our Court allow the filing of the supplemental record and amended notice of appeal, the motion is granted.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau____
                        Acting individually

Date:  __November 19, 2019___